245 So.2d 409

**Martha Blasco MALONE**

v.

**Bernard L. MALONE, Jr.**

No. 51196.

March 24, 1971.

In re: Martha Blasco Malone applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 243 So.2d 100.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

Granted, limited to assignment of errors 2 and 3.

245 So.2d 410

**George Frank DESPINO**

v.

**The TRAVELERS INSURANCE COM-PANY et al.**

No. 51214.

March 24, 1971.

In re: George Frank Despino applying for certiorari or writ of review to the Court

of Appeal, First Circuit, Parish of East Baton Rouge. 243 So.2d 278.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.